# United States District Court
EASTERN DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| DONNA H. RIDDICK, | ) | |
|     Plaintiff, | ) | |
| | ) | **JUDGMENT IN A CIVIL CASE** |
| v. | ) | **CASE NO. 2:08-CV-25-F** |
| | ) | |
| CITY OF ELIZABETH CITY, | ) | |
|     Defendant. | ) | |

**Decision by Court.**

    IT IS ORDERED AND ADJUDGED that the Defendant City of Elizabeth City's motion for summary judgment is ALLOWED and this matter is dismissed.

    THE ABOVE JUDGMENT WAS ENTERED TODAY, **July 15, 2009**, AND A COPY MAILED VIA ELECTRONICALLY OR BY REGULAR MAIL TO:

| | |
|---|---|
| Donna H. Riddick | John D. Leidy |
| #2 Gemini Drive | P.O. Box 220 |
| Elizabeth City, NC 27909 | Elizabeth City, NC 27907-0220 |

| | |
|---|---|
| July 15, 2009 | DENNIS P. IAVARONE |
| Date | Clerk of Court |
| | /s/ Susan K. Edwards |
| *Wilmington, North Carolina* | *(By) Deputy Clerk* |